584 A.2d 212
STATE OF NEW JERSEY v. MELVIN CLARK.

May 7, 1990.

Petition for certification denied.

584 A.2d 212
STATE OF NEW JERSEY v. ROBERT LEE ROSS.

May 7, 1990.

Petition for certification denied.

584 A.2d 212
STATE OF NEW JERSEY v. ARMANDO ROSARIO.

May 7, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 63, 566 *A.*2d 1173)

584 A.2d 212
STATE OF NEW JERSEY v. JOAN PAZIORA.

May 7, 1990.

Petition for certification denied.